IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT ALLEN | : | CIVIL ACTION |
| v. | : | |
| JERMONE WALSH, et al | : | NO. 06-4299 |

### O R D E R

AND NOW, this 4th day of April, 2013, upon consideration of the motion for relief of judgment under Federal Rule of Civil Procedure 60(b)(5)(6) and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa to which no objections have been filed, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Rule 60(b) motion is DISMISSED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

                                               *s/Thomas N. O'Neill, Jr.*
                                               THOMAS N. O'NEILL, JR.,    J.